# United States Court of Appeals for the Federal Circuit

---

**EDWARDS LIFESCIENCES CORPORATION, EDWARDS LIFESCIENCES LLC,**

*Plaintiffs-Appellants*

v.

**MERIL LIFE SCIENCES PVT. LTD., MERIL, INC.,**

*Defendants-Appellees*

---

2022-1877

---

Appeal from the United States District Court for the Northern District of California in No. 4:19-cv-06593-HSG, Judge Haywood S. Gilliam, Jr..

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

March 25, 2024
Date

Jarrett B. Perlow
Clerk of Court