No. 22-1877

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

EDWARDS LIFESCIENCES CORPORATION,
EDWARDS LIFESCIENCES LLC,
*Plaintiffs-Appellants*,

v.

MERIL LIFE SCIENCES PVT. LTD., MERIL, INC.,
*Defendants-Appellees*.

Appeal from the United States District Court for the
Northern District of California
No. 4:19-CV-06593-HSG

NOTICE OF WITHDRAWAL

Pursuant to Fed. Cir. R. 47.3(c), Plaintiffs-Appellants Edwards Lifesciences Corporation and Edwards Lifesciences LLC (collectively "Edwards") hereby provide notice that Christy G. Lea (of Knobbe, Martens, Olson & Bear, LLP), and Carlo Van den Bosch and Gazal Pour-Moezzi (of Sheppard Mullin Richter & Hampton LLP) are withdrawing as non-principal counsel for Edwards and will not remain on the case.

Date: May 23, 2024				Respectfully submitted.

**STRADLING YOCCA CARLSON & RAUTH PC**

*/s/ Steven M. Hanle*
Steven M. Hanle
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Phone: (949) 725-4000
*shanle@stradlinglaw.com*

*Attorney for Plaintiffs-Appellants Edwards Lifesciences Corporation and Edwards Lifesciences LLC*